UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL WALKER,<br><br>                Plaintiff,<br><br>        v.<br><br>MOORE, et al.,<br><br>                Defendants. | No.  2:13-cv-2626 CKD P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  The alleged violations of his civil rights took place in Fresno County, which is part of the Fresno division of this court.  See Local Rule 120(d).  Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of this court may be transferred to the proper one.  Therefore, this action will be transferred to Fresno.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

/////

/////

/////

/////

1

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated:  December 30, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/md
walk2626.22