UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL WALKER,<br><br>             Plaintiff,<br><br>vs.<br><br>C/O MOORE,<br><br>             Defendant. | 1:13-cv-02102-DAD-EPG-PC<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR PURPOSES OF SETTLEMENT |

Darryl Walker ("Plaintiff") is a prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  The Court finds that the appointment of counsel for Plaintiff is warranted for the limited purpose of assisting Plaintiff with preparing for and participating in a settlement conference.  Brian C. McComas has been selected from the Court's pro bono attorney panel to represent Plaintiff and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Brian C. McComas is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of assisting Plaintiff with preparing for and participating in a settlement conference.
2. In a separate order, the Court shall schedule a settlement conference for this case.
3. Brian C. McComas's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference, unless extended by Court order.

1

4. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

5. The Clerk of the Court is directed to serve a copy of this order upon Brian C. McComas, Law Office of B. C. McComas, 77 Van Ness Ave., Suite 101, San Francisco, California 94102.

IT IS SO ORDERED.

Dated:   **May 2, 2016**                                /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE