UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL WALKER,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MOORE,<br><br>　　　　　　　Defendant. | 1:13-cv-02102-DAD-EPG (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT DARRYL WALKER, CDCR #J-39343, PLAINTIFF<br><br>DATE: June 28, 2016<br>TIME:  10:30 a.m. |

　　　　Darryl Walker, inmate, CDCR#J-39343, the plaintiff in proceedings in this case on June 28, 2016, is confined at California Correctional Institution, 24900 Highway 202, Tehachapi, CA 93561, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #10, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on June 28, 2016, at 10:30 a.m. before Magistrate Judge Erica P. Grosjean.

　　**ACCORDINGLY, IT IS ORDERED that:**

　　　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

　　　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

　　**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California Correctional Institution**

　　**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

　　Dated:   **May 26, 2016**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE