Print Form

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

D. Walker

Plaintiff(s)

vs.

C.O. Moore

Defendants.

/

No. | 1:13-cv-02102-DAD-EPG-PC

REQUEST FOR AUTHORITY TO INCUR
COSTS (APPOINTED COUNSEL) AND
REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the
cost for which reimbursement is requested.

I, | Brian C. McComas | , attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on | May 3, 2016 | , by the
Honorable | Magistrate Judge Erica P. Grosgean |, United States District Judge/Magistrate Judge.
I believe that the following course of action is reasonably necessary to the prosecution of this
action:

Please see attached Declaration of Counsel in Support of Plaintiff's Request for Authority to Incur Costs
(Appointed Counsel) and Request for Payment (May 12, 2016).

**Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar
documentation. Without such documentation, counsel will not be reimbursed.**

I have made reasonable inquiry and believe that the cost of this course of action will not exceed
the amount of $ | 500 | .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated
above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:13-cv-02102-DAD-EPG-PC

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| NA | NA | NA |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13 day of May , 20 16 , at San Francisco , California.

s/ B.C. McComas

Attorney for Plaintiff(s)

The above expenditure is ___X___ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant

to rule _____, on _____, at _____, ____.M. in Courtroom
Number_____.

Dated: June 17, 2016

United States District Judge/Magistrate Judge

BRIAN C. McCOMAS
California SBN 273161
The Law Office of B.C. McComas
PMB 1605, 77 Van Ness Ave., Ste. 101
San Francisco, CA 94102
Telephone: (208) 320-0383
Facsimile: (415) 520-2310
Email: mccomas.b.c@gmail.com

Limited Purpose Attorney for Plaintiff
DARRYL WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

|  |  |
|---|---|
| DARRYL WALKER,<br><br>            Plaintiff,<br><br>      v.<br><br>D. MOORE,<br><br>            Defendant. | Case No. 1:13-cv-02102-DAD-EPG-PC<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST PAYMENT**<br><br>The Honorable Magistrate<br>Judge Erica P. Grosjean |

I, Brian C. McComas, declare:

**I.    INTRODUCTION.**

1.    The undersigned counsel is an attorney licensed to practice in the States of California and Idaho, and authorized to appear before the California and Idaho State Courts, the United States Court of Appeals for the Ninth Circuit and the United States District Courts for the Northern, Eastern, and Central Districts of California, and District of Idaho.  The undersigned also has been admitted to practice *pro hac vice* before the United States District Court for the District of Nevada and the Montana Supreme Court and its Sentence Review Division.  The undersigned owns and operates the Law Office of B.C. McComas.

2.    The undersigned has been appointed by this Court to represent

1

plaintiff, Darryl Walker.  Order Appointing Counsel, Walker v. Moore, E.D.Cal. Case No.1:13-cv-02102-DAD-EPG-PC, Civil Docket Report ("Doc") #51.  Mr. Moore alleges that the Defendant unlawfully restrained and used excessive force against him.  Complaint (Doc #1).

3.    On May 5, 2016, the Court scheduled a settlement conference in the matter for June 28, 2016 at 10:30 am.  Doc #52.   The court ordered the filing of confidential settlement conference statements by June 21, 2016.  *Id.*

4.    The undersigned submits this declaration in support of his request for expenses necessary to obtain case files and attend the settlement conference.  The expenses requested herein are reasonably calculated so that the undersigned can complete necessary tasks as ordered by this Court.  The undersigned respectfully requests authorization of the expenses requested herein:

## II.   PROCEDURAL HISTORY.

1.    On December 19, 2013, Plaintiff filed his complaint *pro per* and moved to proceed *in forma pauperis*.  Docs #1 and 2.  This Court granted the motion.  Doc #6.

2.    On April 11, 2014, the Court filed an order directing Plaintiff to file an amended complaint or notify the Court of willingness to proceed with only cognizable claims.  Doc #8.  Plaintiff elected to stand on his pleading.  Doc #9.  The Court dismissed all claims except for the excessive force claim against Defendant Moore.  Doc #11.

3.    On July 3, 2014, Defendant moved for a more definite statement.  Doc #15.  Over Plaintiff's opposition, the motion was granted.  Doc #22.  Plaintiff filed a more definite statement.  Doc #23.

4.    On August 19, 2014, Defendant filed an answer to the complaint.  Doc #24.  On August 20, 2014, the Court entered an order scheduling discovery.  Doc #25.

5.    On June 29, 2015, Defendant moved for summary judgment. Doc #34.

1  On August 5, 2015, Plaintiff opposed the motion. Doc #35.

2       6.     On October 5, 2015, Plaintiff moved for discovery. Doc #37. On
3  October 6, 2015, the Court denied the motion for discovery as untimely. Doc #39.

4       7.     On December 29, 2015, the Honorable Magistrate Judge Erica
5  Grosjean issued findings and recommendations recommending the denial of the
6  motion for summary judgment. Doc #44. On March 9, 2016, the Court adopted the
7  recommendations over Defendant's objections. Doc #46.

8       8.     On April 28, 2016, Plaintiff filed a motion to amend the complaint to
9  include four additional defendants. Doc #49. He also filed a motion for
10 reconsideration of the Court's prior order limiting his claims. Doc #50. The
11 motions are pending at this time.

12      9.     On April 27, 2016, the undersigned counsel was contacted by the
13 Court's ADR and *Pro Bono* Program Director, Sujean Park. The undersigned was
14 informed of this Court's desire to appoint counsel for the limited purpose of
15 preparing for and appearing at a settlement conference. The undersigned agreed to
16 represent Plaintiff for this limited purpose.

17      10.    On May 3, 2016, the Court appointed the undersigned as Plaintiff's
18 counsel for the "limited purpose of assisting Plaintiff with preparing for and
19 participating in a settlement conference." Doc #51, at 1. In a separate order, the
20 Court scheduled the time for filing confidential settlement statements and the
21 settlement conference for June 21 and 28, 2016, respectively. Doc #52.

22      11.    The undersigned is informed and believes that Plaintiff is currently
23 incarcerated in Tehachapi, California. The undersigned has written to Plaintiff
24 seeking all of his records and his authorization for release of additional records from
25 the CDCR. The undersigned has not received a response at this time.

26      12.    On May 11, 2016, the undersigned contacted opposing counsel,
27 Maureen Onyeagbako. The undersigned asked for disclosure of Plaintiff's C-File in
28 order to speed up the process necessary to prepare the settlement conference

3

statement and for the settlement conference.  The undersigned was informed that opposing counsel, who had been recently assigned to the matter, would evaluate the files and possibly disclose some of the matters.  The parties scheduled a further meet and confer session for May 13, 2016.

## III.   REQUEST FOR AUTHORIZATION TO INCUR COSTS FOR SERVICES REQUIRED TO MEET WITH PLAINTIFF AND PREPARE THE AMENDED COMPLAINT.

13.     The undersigned counsel is in the process of reviewing records in Plaintiff's case, gathering materials for inclusion in the confidential settlement statement, conferring with Plaintiff and other witnesses, drafting the confidential settlement statement, and researching the case.  The undersigned wants to facilitate preparation for the settlement conference as expeditiously as possible.  Accordingly, the undersigned is submitting this request for authorization of funds prior to expending any monies on the below described services and expenses.  *See* General Order 510, In re Modification of General Order No. 230 (September 29, 2011).

A.     The undersigned needs to collect and review Plaintiff's correctional and medical records from the California Department of Corrections and Rehabilitation.  The undersigned must seek authorization of the expenses for copying of the C-File in case opposing counsel refuses to disclose relevant documents from Defendant's file.  The undersigned is informed that production of the records could cost up to $150 in photo-copying and delivery expenses.  The undersigned requests authorization to incur these costs should they be necessary to obtain and review Plaintiff's correctional and medical records.  *See* General Order 401, Section 4A(1).

B.     The undersigned needs to attend the Settlement Conference in Fresno, California pursuant to the order of this Court and directions of its ADR and *Pro Bono* Coordinator.  The undersigned believes that meeting with Plaintiff in Fresno, prior to the hearing, is the most expeditious and cost-effective method for litigating this matter.  Thus, the undersigned seeks expenses necessary to meet and

4

1   confer with Plaintiff, and attend the settlement conference, during one trip from San

2   Francisco to Fresno on June 27-28, 2016:

3                             i.      Car Rental.  The undersigned does not have a vehicle that

4   can make the trip from San Francisco to Fresno and needs to rent a car to attend the

5   settlement conference.  The undersigned is informed that renting an economy car for

6   two days to attend the hearing, will cost approximately $140 (including insurance).

7   *See* Fed Travel, *San Francisco Car Rentals*, available at: http://www.fedtravel.com

8   /car-search.html#TopResult (last accessed May 12, 2016).  The cost of fuel for the

9   grip is estimated to be $45.60.  *Fuel Economy, Estimate for San Francisco to*

10  *Fresno and Return*, available at: https://www.fueleconomy.gov/trip/#?pc=55&id1

11  =36120&yr1= 2016&mk1=Acura&md1=MDX%202WD&mpg1=22&fp1=

12  2.68&pt0=san%20francisco&pt1=fresno (last accessed May 13, 2016).  Based on

13  the advice of ADR Counsel, the undersigned may incur parking expenses of $20

14  over the course of two days.  Thus, a total of $205.60 may be needed for the

15  undersigned to travel to the settlement conference.

16                           ii.     Lodging.  The undersigned will need one night stay at a

17  hotel in Fresno in order to travel with sufficient time to meet with Plaintiff before

18  the Settlement Conference.  The undersigned is informed that the *per diem* rate for a

19  one night stay in Fresno is $92.  *See* http://www.gsa.gov/portal/category/100120.

20  (last accessed May 13, 2016).

21                         iii.    Food and Miscellaneous Expenses.  The trip from San

22  Francisco to Fresno and back will take more than 10 hours.  Thus, the undersigned

23  is authorized to incur food and miscellaneous expenses at *per diem* rates.  *See* U.S.

24  General Services Administration, *Office Travel Basics*, available at: http://gsa.gov

25  /portal/category/102151 (last accessed May 13, 2016).  The undersigned is informed

26  that the current *per diem* rate for meals and expenses for one day is $42.  *See* U.S.

27  General Services Administration, available at*:* http://www.gsa.gov/portal/content/

28  101518 (last accessed May 13, 2016).

C.    In sum, the undersigned requests authorization of approximately $500 for copying and travel costs necessary to visit with Plaintiff and attend the settlement conference. *See* General Order 401, Section 4A(5-6). This represents a slight over estimation of possible expenses to avoid any reimbursement issues. Of course, the undersigned will seek reimbursement only for actual expenses upon completion of all services.

14.    The undersigned believes that the above requested expenses are reasonable and necessary to effectively represent Plaintiff. The undersigned intends to prepare and file the confidential settlement statement by its current due date of June 21, 2016 and to attend the hearing on June 28, 2016. To do so, the undersigned requests authorization of the above described monies for expenses necessary to obtain documents and attend the settlement conference.

I declare under penalty of perjury, as defined by the laws of California and the United States, that the foregoing is true and correct, and that this declaration was executed in San Francisco, California.

Dated: May 13, 2016               */s/ Brian C. McComas*

                                             BRIAN C. McCOMAS

                                             Limited Purpose
                                             Attorney for Plaintiff
                                             DARRYL GORDON