

FILED

JUN 2 8 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL WALKER,<br><br>   Plaintiff,<br><br>vs.<br><br>MOORE,<br><br>   Defendant. | 1:13-cv-02102-DAD-EPG-PC<br><br>NOTICE AND ORDER THAT INMATE WITNESS IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED (ECF No. 56.)<br><br>ORDER FOR PLAINTIFF DARRYL WALKER TO BE RETURNED TO THE CALIFORNIA CORRECTIONAL INSTITUTION<br><br>**As to Darryl Walker, CDCR# J-39343** |

   The Settlement Conference in this matter commenced on June 28, 2016, at 10:30 a.m., and inmate witness Darryl Walker has completed his participation in the Conference. Therefore, inmate witness Darryl Walker, CDCR# J-39343, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate, issued on May 27, 2016, is HEREBY DISCHARGED.  Witness Darryl Walker shall be transported and directly returned to the custody of the California Correctional Institution in Tehachapi, California, today, June 28, 2016.[1]

DATED: ___June 28, 2016___

        E. P. _____

       U.S. MAGISTRATE JUDGE ERICA P. GROSJEAN

_____

[1] It is the Court's understanding from representations of Deputy Attorney General, Maureen Onyeagbako, that this has been arranged and is possible.