UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL WALKER,<br><br>    Plaintiff,<br><br>    v.<br><br>D. MOORE,<br><br>    Defendant. | No. 1:13-cv-02102-DAD-EPG (PC)<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 66) |

Plaintiff Darryl Walker is a state prisoner proceeding with counsel for a limited purpose[1] with this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on the original complaint, filed by plaintiff on December 19, 2013, against defendant C/O Moore for use of excessive force in violation of the Eighth Amendment.  (Doc. No. 1.)

On August 1, 2016, a stipulation for voluntary dismissal with prejudice was filed with the court, containing the signatures of counsel for plaintiff and counsel for defendant.  (Doc. No. 66.) The stipulation states that plaintiff and defendant have resolved this case in its entirety and therefore stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bears its own costs and attorney's fees.  (*Id.*)

/////

---

[1] On May 3, 2016, the Court appointed attorney Brian Curtis McComas for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference.  (Doc. No. 51.)

1

Federal Rule of Civil Procedure 41(a)(1)(ii) allows plaintiffs to "dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." The stipulation filed on August 1, 2016 is signed by all parties who have appeared in this case. Therefore, the parties' stipulation is given full force and effect, and this case is dismissed with prejudice and without an award of costs or attorney's fees to either party. The Clerk of the Court shall close the case.

Accordingly,

1. The parties' stipulation for voluntary dismissal of this action with prejudice is effective as of the date it was filed;
2. This case has been dismissed with prejudice; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 4, 2016**                           _____
                                                                           UNITED STATES DISTRICT JUDGE